IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JANET LAUER                                                          PLAINTIFF

v.                              No. 4:22-cv-777-DPM

PETIT JEAN ELECTRIC
COOPERATIVE
CORPORATION and
MICHAEL KIRKLAND                                                  DEFENDANTS

## JUDGMENT

Lauer's complaint is dismissed with prejudice. The Court retains jurisdiction until 27 August 2024 to enforce the parties' settlement.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

27 June 2024